**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

LOUIS VUITTON MALLETIER SAS,

               Plaintiff,

          - against -

MEAGAN PARKER d/b/a FOUREVER
LANE, FAUXEVER LANE and FAUXEVER
STYLE, XYZ COMPANIES 1-10 and JOHN
DOES 1-10, inclusive,

               Defendants.

------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:25-cv-10574

**COMPLAINT**

Plaintiff Louis Vuitton Malletier SAS ("Louis Vuitton"), by and through its undersigned

counsel, complains and alleges against defendant Meagan Parker d/b/a Fourever Lane, Fauxever

Lane and Fauxever Style ("Parker"), XYZ Companies 1-10 and John Does 1-10 (collectively,

"Defendants") as follows:

## NATURE OF THE ACTION

1.      Louis Vuitton brings this action for injunctive relief and damages arising from

Defendants' willful and intentional acts of trademark counterfeiting and/or infringement, false

designation of origin, dilution, unfair competition, copyright infringement and design patent

infringement in violation of the laws of the United States and the statutory and common law of

the State of New York.

## THE PARTIES

2.      Louis Vuitton is a *société par actions simplifiée* duly organized and existing under

the laws of the Republic of France, with its principal place of business in Paris, France, and

operates as a subsidiary of LVMH Moët Hennessy Louis Vuitton, S.A.  Louis Vuitton is a world-

famous luxury goods company and is the sole and exclusive distributor of goods bearing and/or

constituting the Louis Vuitton trademarks, copyrights and design patents in the United States. Specifically, Louis Vuitton is engaged, *inter alia*, in the design, manufacture, distribution and sale in interstate and foreign commerce, including within this judicial district, of prestigious and high quality, luxury merchandise, including, without limitation, handbags, wallets, sunglasses, apparel, footwear, headwear, jewelry, watches and other fashion accessories.

3.      Upon information and belief, Parker is an individual who is and was at all relevant times a resident of the State of Maryland.  Upon further information and belief, Parker is engaged, *inter alia*, in the importation, distribution, advertisement, promotion and sale of Counterfeit and/or Infringing Products (as that term is defined below), including sales into the State of New York and this judicial district.

4.      Upon information and belief, Parker is engaged in the alleged unlawful acts in conjunction with various entities and individuals, denoted herein as XYZ Companies 1-10 and John Does 1-10, whose identities are not presently known.  If the identities of these parties become known, Louis Vuitton will amend the Complaint to include the names of such entities and/or individuals.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over Louis Vuitton's federal claims pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

6.      This Court has subject matter jurisdiction over Louis Vuitton's claims that arise under the laws of the State of New York pursuant to 28 U.S.C. § 1367(a), because such claims are related to and arise from the same set of facts as Louis Vuitton's federal claims.

7.      This Court has personal jurisdiction over Parker because Parker regularly conducts business within this judicial district, including, without limitation, the sale and

shipment of Counterfeit and/or Infringing Products (as that term is defined below) to customers located within this judicial district.

8.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 28 U.S.C. § 1400(a), because Parker is subject to personal jurisdiction within this judicial district, and because a substantial part of the events giving rise to Louis Vuitton's claims occurred within this judicial district.

**FACTUAL BACKGROUND**

**A.      Louis Vuitton**

9.      Founded in Paris in 1854, Louis Vuitton is one of the premier luxury fashion houses in the world.  Originally known for its custom-made luggage and trunks, today Louis Vuitton is well known for its high-quality apparel, handbags, jewelry and many other fashion and luxury goods.

10.      In order to protect and maintain the prestigious image of the brand, LOUIS VUITTON products are sold exclusively through company-owned and operated boutiques, some of which are located within high-end retail stores such as Neiman Marcus and Saks Fifth Avenue, and through the Louis Vuitton website at http://us.louisvuitton.com.

**B.      The Louis Vuitton Trademarks**

11.      Louis Vuitton is the owner of numerous famous federally-registered trademarks, including the Louis Vuitton word mark (the "LOUIS VUITTON Trademark"), the Louis Vuitton Paris word mark (the "LOUIS VUITTON PARIS Trademark"), the Damier design mark (the "DAMIER Design Trademark"), the LV circle design mark (the "LV CIRCLE Design Trademark"), the Toile Monogram design mark (the "TOILE MONOGRAM Design Trademark"), the "LV" design mark (the "LV Design Trademark"), the Flower In a Circle design mark (the "FLOWER IN A CIRCLE Design Trademark"), the Flower In a Rhombus design

mark (the "FLOWER IN A RHOMBUS Design Trademark"), the Flower design mark (the

"FLOWER Design Trademark"), and the S-Lock design mark (the "S-LOCK Design

Trademark") (collectively, the "Louis Vuitton Trademarks"), which are registered for use in

conjunction with a variety of goods.

12.     The table below lists certain of the registration certificates that the U.S. Patent and

Trademark Office has issued to Louis Vuitton for the Louis Vuitton Trademarks, true and correct

copies of which are attached hereto as **Exhibit A**:

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
| *LOUIS VUITTON Trademark* | | | |
| LOUIS VUITTON | 1,045,932 | 08/10/1976 | IC 018: Luggage and ladies' handbags |
| LOUIS VUITTON | 2,909,003 | 12/07/2004 | *Inter alia*, IC 009: Optical instruments and apparatus, namely, spectacles, eyeglasses, spectacle cases |
| LOUIS VUITTON | 4,530,921 | 05/13/2014 | *Inter alia*, IC 009: Sunglasses; accessories for telephones, mobile phones, smart phones, namely, covers, neck straps, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories<br><br>IC 025: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, rain coats, waterproof jackets, overcoats, parkas, skirts, dresses, pajamas, gloves, neck ties, belts for clothing, leather belts, scarves, pocket squares, sashes for wear, shawls, stoles, bathing suits; headwear; shoes; slippers; boots; half-boots |
| *LOUIS VUITTON PARIS Trademark* | | | |
| LOUIS VUITTON PARIS | 2,346,373 | 05/02/2000 | *Inter alia*, IC 014: Jewelry, namely, rings, belt buckles, cufflinks, bracelets, charms, brooches, necklaces, horological instruments, watches, cases for watches<br><br>IC 018: Goods made of leather or of imitations of leather not included in other classes, namely, boxes of leather used for travel purposes, hat boxes for travel; trunks, valises, travelling bags, traveling sets for containing cosmetics, garment bags for travel, rucksacks, handbags, beach bags, shopping bags, shoulder bags, briefcases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, card holders, checkbook holders<br><br>IC 025: Clothing and underwear, namely, sweaters, shirts, suits, waistcoats, skirts, coats, pullovers, trousers, dresses, clothing jackets, shawls, stoles, scarves, neckties, clothing belts, bathing suits, footwear; head wear and waterproof clothing, namely, raincoats |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|------|----------|-----------|---------------|
| **DAMIER Design Trademark** | | | |
|  | 2,378,388 | 08/22/2000 | IC 018: Goods made of leather or imitations of leather not included in other classes, namely, trunks, valises, traveling bags, traveling sets for containing cosmetics and jewelry, handbags, beach bags, shopping bags, shoulder bags, pouches; fine leather goods, namely, pocket wallets, purses, key cases, business card cases, credit card cases |
|  | 2,421,618 | 01/16/2001 | IC 018: Goods made of leather or imitations of leather not included in other classes, namely, valises, traveling bags, traveling sets for containing cosmetics, handbags, shopping bags, shoulder bags, brief cases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, business card cases, credit card cases |
|  | 3,576,404 | 02/17/2009 | IC 018: Boxes of leather or imitation leather for packaging and carrying goods, trunks, suitcases, traveling sets comprised of matching luggage, traveling bags, luggage, garment bags for travel, vanity cases not fitted, toiletry cases sold empty, rucksacks, satchels, handbags, beach bags, leather shopping bags, sling bags, suit carriers, shoulder bags, waist bags, purses, travel cases, briefcases, briefcase-type portfolios, leather pouches, wallets, change purses, key cases, business card cases, calling card cases |
|  | 6,836,090 | 09/06/2022 | IC 018: Boxes of leather or imitation leather; travelling bags; leatherware in the nature of travelling bag sets; trunks being luggage and suitcases; garment bags for travel purposes for clothes and shoes; vanity cases, not fitted; rucksacks; handbags; sport bags; clutches in the nature of evening purses; attaché cases made of leather; briefcases made of leather; pocket wallets; wallets; change purses; business card cases; leatherware in the nature of key cases; parasols; umbrellas; pet clothing; bags for carrying animals |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
|  | 7,045,574 | 05/09/2023 | IC 009: Bags and cases for video cameras or photographic equipment mouse pads; sunglasses; spectacle cases; cases for contact lenses; covers for laptops; bags designed for laptops; cameras; accessories for telephones, mobile telephones, smartphones, computer tablets, PDAs, and MP3 players, in particular, cases, casings in the nature of cases, facings in the nature of faceplates, straps and lanyards; bags and cases specially adapted for mobile telephones and telephone equipment; smartwatches IC 014: Jewelry; Jewelry caskets, namely, jewelry cases, key rings comprised of split rings with decorative trinkets or fobs, tie pins, Jewelry for bags; Jewelry boxes; watches, wristwatches, watch bands, cases or presentation cases for timepieces; timepieces, namely, clocks; all of these products are of French origin or are made in France IC 025: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses, shorts; pajamas, house coats, night shirts, dressing gowns; hats, caps of all kinds being headwear, gloves, neckties, belts, leather belts, scarves, pocket squares, sashes for wear, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots; all of these products are of French origin or are made in France |
|  | 6,836,091 | 09/06/2022 | IC 018: Boxes of leather or imitation leather; travelling bags; leatherware in the nature of travelling bag sets; trunks being luggage; garment bags for travel purposes for clothes and shoes; vanity cases, not fitted; rucksacks; handbags; sport bags; attaché cases made of leather; briefcases made of leather; pocket wallets; wallets; change purses; business card cases; leatherware in the nature of key cases; parasols; umbrellas; pet clothing; bags for carrying animals |
|  | 7,051,398 | 05/16/2023 | IC 009: Bags and cases for video cameras or photographic equipment mouse pads; sunglasses; spectacle cases; cases for contact lenses; covers for laptops; bags designed for laptops; cameras; accessories for telephones, mobile telephones, smartphones, computer tablets, PDAs, and MP3 players, in particular, cases, casings in the nature of cases, facings in the nature of faceplates, straps and lanyards; bags and cases specially adapted for mobile telephones and telephone equipment; smartwatches IC 014: Jewelry; Jewelry caskets, namely, jewelry cases, key rings comprised of split rings with decorative trinkets or fobs, tie pins, Jewelry for bags; Jewelry boxes; watches, wristwatches, watch bands, cases or presentation cases for timepieces; timepieces, namely, clocks; all of these products are of French origin or are made in France IC 025: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses, shorts; pajamas, house coats, night shirts, dressing gowns; hats, caps of all kinds being headwear, gloves, neckties, belts, leather belts, scarves, pocket squares, sashes for wear, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots; all of these products are of French origin or are made in France |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
|  | 7,051,397 | 05/16/2023 | IC 009: Bags and cases for video cameras or photographic equipment mouse pads; sunglasses; spectacle cases; cases for contact lenses; covers for laptops; bags designed for laptops; cameras; accessories for telephones, mobile telephones, smartphones, computer tablets, PDAs, and MP3 players, in particular, cases, casings in the nature of cases, facings in the nature of faceplates, straps and lanyards; bags and cases specially adapted for mobile telephones and telephone equipment; smartwatches<br><br>IC 014: Jewelry; Jewelry caskets, namely, jewelry cases, key rings comprised of split rings with decorative trinkets or fobs, tie pins, Jewelry for bags; Jewelry boxes; watches, wristwatches, watch bands, cases or presentation cases for timepieces; timepieces, namely, clocks; all of these products are of French origin or are made in France<br><br>IC 025: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses, shorts; pajamas, house coats, night shirts, dressing gowns; hats, caps of all kinds being headwear, gloves, neckties, belts, leather belts, scarves, pocket squares, sashes for wear, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots; all of these products are of French origin or are made in France |
| *LV CIRCLE Design Trademark* | | | |
|  | 5,477,535 | 05/29/2018 | *Inter alia*, IC 009: Spectacles, sunglasses; spectacle frames; spectacle lenses; cases for spectacles or for contact lenses; personal electronic assistants (PDAs) and MP3 players; accessories for telephones, mobile telephones, smartphones, namely, hands-free kits for telephones, covers and cases, straps and lanyards for use with telephones, mobile telephones, smartphones, earphones; bags and cases specially adapts for holding or carrying mobile telephones and telephone equipment<br><br>IC 014: Jewelry; fashion jewelry, especially precious or semi-precious stones, pearls, rings, earrings, cuff links, bracelets, charms, brooches, necklaces, pendants, key rings of precious metal, tie pins, medallions, jewelry rolls for travel; jewelry boxes; trophies of precious metal; timepieces, watches, wristwatches, watch straps, alarm clocks, stop watches, clock and watch making pendulums and cases or presentation cases for timepieces<br><br>IC 018: Boxes of leather or imitation leather; travel bags, travel sets, namely, leather travel bags, trunks and suitcases, garment travel bags for footwear; unfitted vanity cases; backpacks, handbags; sports bags; evening bags, namely, clutch bags, attaché cases and briefcases of leather; wallets, purses, card wallets, key cases of leather; parasols, umbrellas<br><br>IC 025: Clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, raincoats, overcoats, parkas, skirts, dresses; pajamas, house coats, night shirts, dressing gowns; clothing accessories, namely, hats, caps, bonnets, gloves, neckties, belts, leather belts, scarves, pocket squares, shawls, stockings, socks, tights, suspenders, stoles; underwear, lingerie; bathing suits; footwear, slippers, boots and half-boots |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|------|----------|-----------|---------------|
| ***TOILE MONOGRAM Design Trademark*** | | | |
|  | 297,594 | 09/20/1932 | IC 018: Trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, pocketbooks |
|  | 1,770,131 | 05/11/1993 | IC 025: Clothing for men and women, namely, shawls, sashes, scarves; headgear |
|  | 2,399,161 | 10/31/2000 | IC 025: Clothing and underwear, namely, shirts, polo shirts, t-shirts, waistcoats, raincoats, skirts, coats, trousers, dresses, jackets, shawls, stoles, scarves, neckties, gloves, ties, belts, bathing suits, shoes, boots and sandals, hats |
|  | 4,192,541 | 08/21/2012 | *Inter alia*, IC 009: Sunglasses; spectacles; accessories for telephones, mobile telephones, smart phones, PC tablets, personal digital assistants, and MP3 players, namely, covers, housings, and neck straps<br><br>IC 014: Jewelry; tie pins; jewelry boxes; watches; watch bands; cases for timepieces<br><br>IC 018: Boxes of leather or imitation leather for packaging and carrying goods; traveling bags; trunks; suitcases; vanity cases sold empty; toiletry bags sold empty; backpacks; handbags; attaché cases; leather document cases; wallets; purses; leather key cases<br><br>IC 025: Clothing, namely, shirts, tee-shirts, pullovers, skirts, dresses, trousers, coats, jackets, belts for clothing, scarves, sashes for wear, gloves, neckties, socks, bathing suits; footwear; headwear |
| ***LV Design Trademark*** | | | |
|  | 1,519,828 | 01/10/1989 | IC 018: Trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, pocketbooks |
|  | 1,794,905 | 09/28/1993 | *Inter alia*, IC 025: Clothing for men and women; namely belts, shawls, sashes, scarves; footwear headgear |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
|  | 1,938,808 | 11/28/1995 | *Inter alia*, IC 014: Jewelry, watches and straps for wrist watches |
|  | 2,361,695 | 06/27/2000 | IC 025: Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, hats |
|  | 2,909,002 | 12/07/2004 | *Inter alia*, IC 009: Optical instruments and apparatus, namely, spectacles, eyeglasses, spectacle cases |
|  | 4,614,736 | 09/30/2014 | *Inter alia*, IC 009: Sunglasses; spectacle cases; accessories for telephones, mobile phones, smart phones, tablet devices, PDAs, and MP3 players, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories |
| *FLOWER IN A CIRCLE Design Trademark* | | | |
|  | 2,181,753 | 08/18/1998 | *Inter alia*, IC 014: Jewelry, namely, rings, ear rings, bracelets, charms, necklaces, horological instruments, straps for watches, watches and wrist-watches, cases for watches<br><br>IC 018: Goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas<br><br>IC 025: Clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots and sandals |
|  | 3,023,930 | 12/06/2005 | IC 009: Spectacles, sunglasses and spectacle cases |
|  | 6,952,204 | 01/17/2023 | IC 009: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
| | | | applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones |
| | | *FLOWER IN A RHOMBUS Design Trademark* | |
|  | 2,773,107 | 10/14/2003 | *Inter alia*, IC 014: Jewelry including rings, earrings, cuff links, bracelets, charms, necklaces, and medallions; horological and chronometric instruments and apparatus, namely, watches<br><br>IC 018: Travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attache-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; key holders made of leather or of imitation leather<br><br>IC 025: Clothing, namely, shirts, T-shirts, belts, scarves, neck ties, shawls, skirts, raincoats, overcoats, trousers, jeans, pullovers, frocks, high-heeled shoes, low-heeled shoes, boots, tennis shoes; hats |
|  | 3,051,235 | 01/24/2006 | IC 009: Spectacles, sunglasses and spectacle cases |
|  | 6,976,619 | 02/14/2023 | IC 009: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
| **FLOWER Design Trademark** | | | |
|  | 2,177,828 | 08/04/1998 | *Inter alia*, IC 014: Goods made of precious metals, namely, shoe ornaments, ornamental pins; jewelry, namely, rings, ear rings, cufflinks, bracelets, charms, necklaces; horological instruments, straps for watches, watches and wrist-watches, cases for watches |
| | | | IC 018: Goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, umbrellas |
| | | | IC 025: Clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots and sandals |
|  | 3,021,231 | 11/29/2005 | IC 009: Spectacles, sunglasses and spectacle cases |
|  | 6,952,203 | 01/17/2023 | IC 009: Eyewear; sunglasses; spectacles; spectacle frames; spectacle lenses; spectacle cords; spectacle cases; containers for contact lenses; sleeves for laptops; bags adapted for laptops; covers for smartphones; cases for smartphones; Hand grips, rings and stands adapted for smartphones, all the foregoing being holders specifically adapted for smartphones; mouse pads; binoculars; apparatus and instruments for recording, transmitting, reproducing or processing of sound or images; loudspeakers; headphones; earphones; hands-free kits for telephones; smartwatches; downloadable computer software applications for providing information in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, product restoration, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion and culture, exhibitions, books, note books, periodicals, home furniture; downloadable computer software applications for displaying products in the fields of shoes, body and air fragrances, cosmetics, leather goods, handbags, luggage, trunks, jewelry, watchmaking, connected devices, ready to wear, fashion accessories, fashion, books, note books, periodicals, home furniture; blank USB flash drives; portable media players; downloadable graphics for mobile phones; downloadable emoticons for mobile phones |
| **S-LOCK Design Trademark** | | | |
|  | 3,066,114 | 03/07/2006 | *Inter alia*, IC 009: Sunglasses |
| | | | IC 018: Leather and imitation leather products, namely, handbags, and purses |

13.     The Louis Vuitton Trademarks are in full force and effect, and many of them have become incontestable pursuant to 15 U.S.C. § 1065.

14.     The U.S. registration certificates for the Louis Vuitton Trademarks attached hereto as **Exhibit A** constitute *prima facie* evidence of their validity and conclusive evidence of Louis Vuitton's exclusive right to use the Louis Vuitton Trademarks in connection with the goods identified therein, and constitute sufficient notice to Defendants of Louis Vuitton's ownership and exclusive rights in and to the Louis Vuitton Trademarks pursuant to 15 U.S.C. § 1115(a).

15.     Louis Vuitton has invested millions of dollars and decades of time and effort to create consumer recognition in the Louis Vuitton Trademarks and to ensure that the public, not only in the United States but throughout the world, associates the Louis Vuitton Trademarks with high quality, luxury goods emanating exclusively from Louis Vuitton.

16.     As a result of the wide renown acquired by the Louis Vuitton Trademarks, Louis Vuitton's worldwide reputation for high quality, luxury goods, and the extensive sales of high quality, luxury goods marketed and sold under the Louis Vuitton Trademarks, the Louis Vuitton Trademarks have become famous in the mind of the purchasing public within the meaning of 15 U.S.C. § 1125(c), exclusively identifying the goods offered under the Louis Vuitton Trademarks with a single source—Louis Vuitton.  The Louis Vuitton Trademarks, and the goodwill associated therewith, are of inestimable value to Louis Vuitton.

C.     <u>**The Louis Vuitton Copyrights**</u>

17.     Louis Vuitton has registered copyrights in many of its unique and innovative designs in the U.S. Copyright Office.

18.     Among the designs Louis Vuitton has registered with the U.S. Copyright Office are the White Multicolore Monogram Print (*see* U.S. Copyright Reg. No. VA-1-250-120 and

U.S. Copyright Supp. Reg. No. VA-1-365-645), and the Black Multicolore Monogram Print (*see* U.S. Copyright Reg. No. VA-1-250-121 and U.S. Copyright Supp. Reg. No. VA-1-365-644) (collectively, the "Louis Vuitton Copyrights"), as shown below:

| White Multicolore Monogram Print | Black Multicolore Monogram Print |
|---|---|
|  |  |

19.     Louis Vuitton owns all rights, title and interest in the Louis Vuitton Copyrights, which constitute original and copyrightable subject matter under the Copyright Act.

20.     Louis Vuitton has duly complied with all relevant requirements of the Copyright Act with respect to the Louis Vuitton Copyrights.  True and correct copies of the registration certificates for the Louis Vuitton Copyrights, along with the corresponding deposit materials, are attached hereto as **Exhibit B**.

### D.      The Louis Vuitton Design Patents

21.     Louis Vuitton is also the owner of many design patents registered with U.S. Patent and Trademark Office covering the original ornamental designs of certain of its products.

22.     Among the design patents Louis Vuitton has registered with the U.S. Patent and Trademark Office are its well-known "Multi Pochette Accessories" hybrid cross-body bag (the "Multi Pochette Accessories Design Patent") (*see* U.S. Patent Reg. No. D905,960), and its well-known "Capucines" handbag (the "Capucines Design Patent") (*see* U.S. Patent Reg. No. D728,224) (collectively, the "Louis Vuitton Design Patents"), as shown below:



| Multi Pochette Accessories Design Patent | Capucines Design Patent |

23.     The Louis Vuitton Design Patents are valid and enforceable.

24.     Louis Vuitton is the sole assignee and owner of all rights, title and interest in and to the Louis Vuitton Design Patents.  True and correct copies of the registration certificates for the Louis Vuitton Design Patents are attached hereto as **Exhibit C**.

## PARKER'S COUNTERFEITING AND INFRINGING ACTIVITIES

25.     Parker is importing, distributing, supplying, advertising, promoting, offering for sale and/or selling, and/or causing to be imported, distributed, supplied, advertised, promoted, offered for sale and/or sold, without authorization or license from Louis Vuitton, various products, including, *inter alia*, handbags, wallets, sunglasses, footwear, apparel, headwear, charms and keychains bearing and/or constituting studied imitations of the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and/or the Louis Vuitton Design Patents (the "Counterfeit and/or Infringing Products").

26.     Parker promotes and sells certain of the Counterfeit and/or Infringing Products as "dupes" and others as "pre-loved" or "pre-owned", which conveys to consumers that such products are pre-owned authentic LOUIS VUITTON products.

14

27.     Upon information and belief, the LOUIS VUITTON-branded products Parker promotes and sells as "dupes" are Counterfeit and/or Infringing Products.

28.     Upon information and belief, the purportedly "pre-loved" or "pre-owned" LOUIS VUITTON-branded products Parker promotes and sells are *not* authentic LOUIS VUITTON products, but rather Counterfeit and/or Infringing Products.

29.     Photographs of exemplars of the Counterfeit and/or Infringing Products Parker has imported, distributed, supplied, advertised, promoted, offered for sale and/or sold appear below, and are attached hereto as **Exhibit D**:



## Exemplar Counterfeit and/or Infringing Products





**Exemplar Counterfeit and/or Infringing Products**

*Sunglasses*

| Exemplar Counterfeit and/or Infringing Products |
|---|
| *Footwear* |





| *Apparel* |
|---|







| Exemplar Counterfeit and/or Infringing Products |
| :---: |
| *Headwear* |
| *Charms & Keychains* |

30.    Rather than going to the effort and expense of developing and creating her own unique, source-identifying marks and designs, Parker deliberately and knowingly sourced products for resale which faithfully copy the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and the Louis Vuitton Design Patents.  As a result, the Counterfeit and/or Infringing Products are likely to cause consumers, either at the point-of-sale or in the post-sale environment, to believe that such products are LOUIS VUITTON products, or are authorized,

sponsored, approved, endorsed or licensed by Louis Vuitton, or are otherwise affiliated, associated, or connected with Louis Vuitton.

31.      The Counterfeit and/or Infringing Products are made with inferior materials, are poorly constructed, and are sold at prices far below the retail prices at which authentic LOUIS VUITTON products are sold.

32.      Upon information and belief, Parker was aware of Louis Vuitton's ownership of the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and the Louis Vuitton Design Patents at the time she began purchasing, importing, distributing, advertising, promoting, offering for sale and/or selling the Counterfeit and/or Infringing Products.

33.      Indeed, Parker occasionally took steps to conceal her illicit conduct, such as by blurring certain of the Louis Vuitton Trademarks appearing on the Counterfeit and/or Infringing Products in promotional photographs posted to her social media accounts, such as in the photograph appearing in her June 18, 2024 Facebook post reproduced below:



34.     Similarly, Parker attempted to conceal references to Louis Vuitton's federally registered handbag names (*e.g.*, SPEEDY (U.S. Reg. No. 3512709), NEVERFULL (U.S. Reg. No. 3499400), etc.) when posting photographs of her detailed handwritten log of her sales of the Counterfeit and/or Infringing Products, as shown in the February 3, 2025 Facebook post reproduced below:



35.     Upon information and belief, Parker has engaged in the above-described unlawful activities knowingly and intentionally, and/or with reckless disregard for Louis Vuitton's rights in and to the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and the Louis Vuitton Design Patents.

36.     Indeed, in promoting the sale of the Counterfeit and/or Infringing Products, Parker frequently touts that her Counterfeit and/or Infringing Products are indistinguishable from authentic LOUIS VUITTON products.

37.    For example, Parker made the following statements to potential customers of the Counterfeit and/or Infringing Products during a Facebook Live sale on March 22, 2024 (https://www.facebook.com/Foureverlane/videos/1350682945644685):



- "I have tons of ready to ship bags.  Check this out.  They come with boxes.  These are the one-to-one quality or the mirror image.  What that means is they are the highest quality of dupes and to the normal eye, you cannot see any ... flaws or any discrepancies or any differences which is absolutely insane." (0:26-0:52)

- "Tammy, they are dupes, and they are a mirror or one-on-one, okay.  A one-on-one means that there are like maybe a one seam like string difference.  A mirror dupe is they are almost; they are identical." (18:14-18:31)

- "So, for all intents [and] purposes, they are not authentic, but they are authentic [*laughs*]." (18:36-18:40)

- "Alright so this is a mirror image guys.  This is a mirror image.  This is the highest quality you can get.  This bag normally retails for about $1,500.  This is

the large Neverfull.  Large Neverfull. … The straps are the exact same color as the originals." (28:24-29:00)

- "So, this is a one-on-one, um this is a one-to-one ratio.  Meaning, there may be like if you knew exactly what you were looking for, there might be a slight like difference but for the normal everyday person, there is no difference." (38:37-38:54)

- "I only purchase one-to-one ratios and mirror ratios.  Mirror ratios are going to be very very expensive because there is no difference.  There is literally nothing different." (39:11-39:22)

38.    Parker made similar statements to potential customers of the Counterfeit and/or Infringing Products during a Facebook Live sale on April 26, 2024 (https://www.facebook.com/Foureverlane/videos/1867709243695719):



- "Um every bag I'm going to show is going to be a one-on-one which means that there are zero flaws that you can see.  Um there will be a few mirror images

meaning that there are zero like zero differences other than obviously the name brand." (0:40-1:00)

- "But I'll let you guys know which one is a mirror image. Obviously, it'll be a higher cost because again they are basically the exact same thing." (1:01-1:09)

- "So, the classic LV. This is again probably one of our best – I think this is like a best seller for anyone. I feel like it's a classic bag. … Again, this is a one-to-one ratio." (17:50-18:26)

39.    Parker currently promotes and sells the Counterfeit and/or Infringing Products through a private Facebook group (https://www.facebook.com/groups/Foureverlane) (the "Fauxever Lane Facebook Group") which she administers with her husband Robert Parker and another individual:



40.     As of December 18, 2025, the Fauxever Lane Facebook Group, which describes itself as "a one stop shop when it comes to the highest quality designer look-a-like bags, sunglasses, and shoes", had over four thousand three hundred and eighty (4,380) members.

41.     Upon information and belief, Parker also promotes and sells Counterfeit and/or Infringing Products through "purse parties" and pop-up events, such as the event promoted in the September 4, 2024 Instagram post (https://www.instagram.com/p/C_gZweiS4vC/?hl=zh-cn) shown below:



42.     Upon information and belief, Parker intends to continue to source, purchase, import, distribute, supply, advertise, promote, offer for sale and/or sell the Counterfeit and/or Infringing Products unless otherwise restrained by this Court.

43.     Upon further information and belief, Parker is distributing and selling the Counterfeit and/or Infringing Products throughout the United States, including within this judicial district.

**FIRST CLAIM FOR RELIEF**
**TRADEMARK COUNTERFEITING (15 U.S.C. § 1114)**

44.    The allegations set forth in paragraphs 1 through 43 hereof are adopted and incorporated by reference as if fully set forth herein.

45.    Parker has used in commerce marks that are identical to or substantially indistinguishable from the Louis Vuitton Trademarks on goods for which Louis Vuitton holds a U.S. trademark registration.  Parker has knowingly used these spurious marks for her own personal financial gain.

46.    Louis Vuitton has not authorized Parker's use of the Louis Vuitton Trademarks and, upon information and belief, Parker's use of the Louis Vuitton Trademarks has caused, is intended to cause and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of the products Parker promotes and sells, or as to a possible affiliation, connection or association between Louis Vuitton and Parker.

47.    Upon information and belief, Parker has acted with knowledge of Louis Vuitton's ownership of the Louis Vuitton Trademarks, and with the deliberate intent to unfairly benefit from the goodwill represented thereby.

48.    Parker's acts as described herein constitute willful trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

49.    Upon information and belief, through her willful acts, Parker has made and will continue to make substantial profits and gains to which she is not entitled to in law or equity.

50.    Upon information and belief, Parker intends to continue her unlawful conduct, and to willfully counterfeit the Louis Vuitton Trademarks, unless restrained by this Court.

51.    Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

52.     Parker's egregious conduct makes this an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

### SECOND CLAIM FOR RELIEF
### TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

53.     The allegations set forth in paragraphs 1 through 52 hereof are adopted and incorporated by reference as if fully set forth herein.

54.     Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a), prohibits any person from using in commerce, without consent of the registrant, a trademark or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the marketing, advertising, distribution, or sale of goods or services which is likely to result in confusion, mistake or deception.

55.     The Louis Vuitton Trademarks are federally registered and are exclusively associated in the mind of the public with Louis Vuitton.

56.     Parker has willfully used the Louis Vuitton Trademarks without Louis Vuitton's consent or authorization.  Parker's unauthorized use, including the promotion and sale of the Counterfeit and/or Infringing Products in interstate commerce, is likely to cause confusion and mistake in the mind of the public, leading the public to mistakenly believe that Parker's products emanate or originate with Louis Vuitton, that Parker's products are Louis Vuitton products, or that Louis Vuitton has approved, sponsored or otherwise associated itself with Parker or the Counterfeit and/or Infringing Products.

57.     Through her unauthorized use of copies of the Louis Vuitton Trademarks, Parker is unfairly benefiting from Louis Vuitton's advertising and promotion of the Louis Vuitton Trademarks.  This has resulted in substantial and irreparable injury to the public, Louis Vuitton, the Louis Vuitton Trademarks, and Louis Vuitton's business reputation and goodwill.

27

58.    Parker's acts as described herein constitute willful trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

59.    Upon information and belief, Parker intends to continue her unlawful conduct, and to willfully infringe the Louis Vuitton Trademarks, unless restrained by this Court.

60.    Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

61.    Parker's egregious conduct makes this an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

### THIRD CLAIM FOR RELIEF
### FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

62.    The allegations set forth in paragraphs 1 through 61 hereof are adopted and incorporated by reference as if fully set forth herein.

63.    Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), prohibits, *inter alia*, the use by a person of a false or misleading designation of origin or representation in connection with the offering for sale and/or sale of goods which is likely to cause confusion, mistake or deception as to the affiliation, connection, or association of such person to another person, or which is likely to cause confusion, mistake or deception as to the origin, source, sponsorship or approval of such goods.

64.    By making unauthorized use in interstate commerce of the Louis Vuitton Trademarks, Parker has used false designations of origin and false representations in connection with the manufacture, importation, distribution, advertising, promotion, offer for sale and/or sale of goods that are likely to cause confusion, mistake or deception as to Parker's affiliation or connection with Louis Vuitton, and as to the origin, sponsorship, association or approval of the Counterfeit and/or Infringing Products in violation of Section 43(a) of the Lanham Act, 15

U.S.C. § 1125(a).

65.    Upon information and belief, Parker's wrongful acts will continue unless enjoined by this Court.

66.    Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

67.    Parker's egregious conduct makes this an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

**FOURTH CLAIM FOR RELIEF**
**<u>DILUTION (15 U.S.C. § 1125(c))</u>**

68.    The allegations set forth in paragraphs 1 through 67 hereof are adopted and incorporated by reference as if fully set forth herein.

69.    The Louis Vuitton Trademarks are famous and distinctive within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and have been famous and distinctive since long before Parker began importing, distributing, supplying, advertising, promoting, offering for sale and/or selling the Counterfeit and/or Infringing Products.

70.    Parker's importation, distribution, supplying, advertising, promotion, offering for sale and/or sale of the Counterfeit and/or Infringing Products constitutes commercial use of the Louis Vuitton Trademarks, and Louis Vuitton has not authorized or licensed such use by Parker.

71.    Parker's Counterfeit and/or Infringing Products feature marks so similar to the Louis Vuitton Trademarks that they have impaired or are likely to impair in the minds of consumers the distinctiveness of the Louis Vuitton Trademarks.  Parker's promotion and sale of the Counterfeit and/or Infringing Products thereby dilutes or is likely to dilute the distinctive qualities of the Louis Vuitton Trademarks and to lessen the capacity of such mark to uniquely identify and distinguish Louis Vuitton's goods.

72.    Parker's unlawful use of carefully studied copies of the Louis Vuitton Trademarks in connection with inferior quality goods is also likely to tarnish the reputation of the Louis Vuitton Trademarks through unsavory or unflattering associations with those goods by consumers.

73.    By the acts described herein, Parker has intentionally and willfully diluted, and/or are likely to dilute, the distinctive quality of the Louis Vuitton Trademarks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

74.    Upon information and belief, Parker's wrongful acts will continue unless enjoined by this Court.

75.    Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

76.    Parker's egregious conduct makes this an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

## FIFTH CLAIM FOR RELIEF
## DILUTION (N.Y. Gen. Bus. Law § 360-l)

77.    The allegations set forth in paragraphs 1 through 76 hereof are adopted and incorporated by reference as if fully set forth herein.

78.    Louis Vuitton is the exclusive owner of the Louis Vuitton Trademarks nationwide, including in the State of New York.

79.    By virtue of its prominent, long and continuous use in commerce, including in the State of New York, the Louis Vuitton Trademarks have become and continue to be famous and distinctive.

80.    Consumers are likely to purchase Parker's Counterfeit and/or Infringing Products with the erroneous belief that Parker is associated with, sponsored by or otherwise affiliated with

Louis Vuitton, or that Louis Vuitton is the source of the Counterfeit and/or Infringing Products. Parker's unauthorized use of copies of the Louis Vuitton Trademarks also blurs the distinctive qualities of the Louis Vuitton Trademarks and lessens the capacity of the Louis Vuitton Trademarks to identify and distinguish Louis Vuitton products. Parker's unauthorized use of copies of the Louis Vuitton Trademarks in connection with inferior goods is also likely to tarnish the reputation of the Louis Vuitton Trademarks. All these acts thereby decrease the value of the Louis Vuitton Trademarks as unique and positive identifiers of Louis Vuitton products.

81.     By the acts described herein, Parker's has diluted the distinctiveness of the Louis Vuitton Trademarks and has caused a likelihood of harm to Louis Vuitton's reputation in violation of Section 360-l of the New York General Business Law.

82.     Upon information and belief, Parker's wrongful acts will continue unless enjoined by this Court.

83.     Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

## SIXTH CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT UNDER COMMON LAW

84.     The allegations set forth in paragraphs 1 through 83 hereof are adopted and incorporated by reference as if fully set forth herein.

85.     By the acts described herein, Parker has intentionally infringed the Louis Vuitton Trademarks in violation of the common law of the State of New York.

86.     Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

## SEVENTH CLAIM FOR RELIEF
## UNFAIR COMPETITION UNDER COMMON LAW

87.     The allegations set forth in paragraphs 1 through 86 hereof are adopted and

incorporated by reference as if fully set forth herein.

88.    By the acts described herein, Parker has intentionally engaged in unfair competition with respect to Louis Vuitton in violation of the common law of the State of New York.

89.    Parker's acts have caused, and will continue to cause, irreparable injury to Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

**EIGHTH CLAIM FOR RELIEF**
**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

90.    The allegations set forth in paragraphs 1 through 89 hereof are adopted and incorporated by reference as if fully set forth herein.

91.    Louis Vuitton is the owner of the Louis Vuitton Copyrights.

92.    Parker, without authorization for Louis Vuitton, has imported, distributed, advertised, promoted, offered for sale and sold products bearing indistinguishable copies of the Louis Vuitton Copyrights.

93.    Parker thereby has willfully infringed and is continuing to willfully infringe Louis Vuitton's rights in and to the Louis Vuitton Copyrights.

94.    Upon information and belief, by her acts, Parker has made and will continue to make substantial profits and gains to which she is not in law or in equity entitled.

95.    Upon information and belief, Parker intends to continue her willfully infringing acts and will continue to willfully infringe the Louis Vuitton Copyrights and to act in bad faith, unless restrained by this Court.

96.    Parker's acts have irreparably harmed and, unless enjoined, will continue to irreparably harm Louis Vuitton, and Louis Vuitton has no adequate remedy at law.

## NINTH CLAIM FOR RELIEF
## <u>DESIGN PATENT INFRINGEMENT (35 U.S.C. § 271)</u>

97.     The allegations set forth in paragraphs 1 through 96 hereof are adopted and

incorporated by reference as if fully set forth herein.

98.     Parker has knowingly misappropriated the Louis Vuitton Design Patents by

importing, distributing, advertising, promoting, offering for sale and selling products that are

deceptively similar to and substantially the same as the Multi Pochette Accessories Design

Patent and the Capucines Design Patent when viewed as whole through the eyes of the ordinary

observer.

99.     Upon information and belief, Parker's wrongful acts will continue unless enjoined

by this Court.

100.    Parker's acts have caused, and will continue to cause, irreparable injury to Louis

Vuitton, and Louis Vuitton has no adequate remedy at law.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Louis Vuitton demands judgment against Parker as follows:

1.     For judgment that Parker:

      (a)     willfully counterfeited the Louis Vuitton Trademarks in violation of
Section 32 of the Lanham Act, 15 U.S.C. § 1114;

      (b)     willfully infringed the Louis Vuitton Trademarks in violation of Section
32 of the Lanham Act, 15 U.S.C. § 1114;

      (c)     willfully violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a),
with respect to Louis Vuitton;

      (d)     willfully diluted the Louis Vuitton Trademarks in violation of Section
43(c) of the Lanham Act, 15 U.S.C. § 1125(c);

      (e)     willfully diluted the Louis Vuitton Trademarks in violation of Section
360-l of the New York General Business Law;

      (f)     willfully infringed the Louis Vuitton Trademarks in violation of the
common law of the State of New York;

(g)    engaged in unfair competition as against Louis Vuitton in violation of the common law of the State of New York;

(h)    willfully infringed the Louis Vuitton Copyrights in violation of 17 U.S.C. § 501; and

(i)    willfully infringed the Louis Vuitton Design Patents in violation of 35 U.S.C. § 271.

2.    That a preliminary and permanent injunction be issued enjoining and restraining Parker, and her agents, servants, employees and attorneys, and all those in active concert or participation with her, from:

(a)    from making, using, importing, exporting, distributing, supplying, selling or offering to sell, or causing to be sold any product or service bearing the Louis Vuitton Trademarks, or any reproduction, counterfeit, copy or colorable imitation thereof;

(b)    using any false designation or representation of origin in connection with the offering for sale or sale of goods, or any false description or representation, including words or other symbols, tending falsely to describe or represent Defendants as Louis Vuitton or associated or connected to Louis Vuitton, or Defendants' goods as being those of Louis Vuitton, or sponsored by or as being associated with Louis Vuitton, and from offering such goods in commerce;

(c)    engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Louis Vuitton's business reputation or dilute the distinctive quality of the Louis Vuitton Trademarks;

(d)    making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, imported, distributed, advertised, promoted, offered for sale or sold by them are in any manner associated or connected with Louis Vuitton, or that they are Louis Vuitton or are associated with or connected to Louis Vuitton;

(e)    from using for any purpose the Louis Vuitton Copyrights, or any design or combination of design elements that are substantially similar to the Louis Vuitton Copyrights;

(f)    from making, using, importing, exporting, distributing, supplying, selling or offering to sell, or causing to be sold any product embodying the Louis Vuitton Design Patents, or any designs substantially the same as the Louis Vuitton Design Patents;

(g)     destroying, altering, removing or otherwise disposing of the unauthorized products or any books or any records which contain any information relating to the manufacture, production, importation, distribution, marketing, promotion, offering for sale and sale of products which infringe the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and/or Louis Vuitton Design Patents; and

(h)     effecting assignments or transfers, forming new entities or associations or utilizing any other devices for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs 2(a) through (g).

3.     For the entry of an order directing Parker to deliver up for destruction to Louis Vuitton all products, advertisements, promotional materials and packaging in its possession or under its control bearing unauthorized copies of the Louis Vuitton Trademarks and/or the Louis Vuitton Copyrights, and all plates, molds, matrices and other means of production of the same, pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118 and Section 503 of the Copyright Act, 17 U.S.C. § 503.

4.     For an award to Louis Vuitton of:  (a) the damages suffered by Louis Vuitton arising out of Parker's unlawful conduct, trebled; (b) all profits that Parker realized from the unauthorized use of the Louis Vuitton Trademarks or, alternatively, statutory damages pursuant to Section 35(c) of the Lanham Act, 15 U.S.C. § 1117(c), of up to $2,000,000 per mark, per type of goods; (c) all profits that Parker realized from the unauthorized use of the Louis Vuitton Copyrights or, alternatively, statutory damages pursuant to Section 504(c) of the Copyright Act, 17 U.S.C. § 504(c), of up to $150,000 per infringed work; (d) all profits that Parker realized from the unauthorized use of the Louis Vuitton Design Patents and/or reasonable royalties to be paid therefor pursuant to Section 289 of the Patent Act, 35 U.S.C. § 289; (e) its costs and attorneys' fees to the full extent provided for by Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), Section 505 of the Copyright Act, 17 U.S.C. § 505, and Section 285 of the Patent Act, 35 U.S.C. § 285; (f) Parker's profits, its damages and attorneys' fees, to the full extent available, pursuant

to Section 360-l of the New York General Business Law and common law of the State of New York; and (g) punitive damages to the full extent available under the law.

5.      That Louis Vuitton be awarded pre-judgment and post-judgment interest on any monetary award made part of the judgment against Parker.

6.      That Louis Vuitton be awarded such additional and further relief as the Court deems just and proper.

Dated:  New York, New York              ARNOLD & PORTER KAYE SCHOLER LLP
        December 19, 2025

                                        By:     _/s/ Matthew T. Salzmann___
                                                Matthew T. Salzmann
                                                matthew.salzmann@arnoldporter.com
                                                Thomas A. Bird
                                                thomas.bird@arnoldporter.com
                                                250 West 55th Street
                                                New York, New York 10019-9710
                                                Ph: 212-836-8000
                                                Fax: 212-836-6786

                                                *Attorneys for Plaintiff*
                                                *Louis Vuitton Malletier SAS*