UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

LOUIS VUITTON MALLETIER SAS,

           Plaintiff,

        - against -

MEAGAN PARKER d/b/a FOUREVER
LANE, FAUXEVER LANE and FAUXEVER
STYLE, XYZ COMPANIES 1-10 and JOHN
DOES 1-10, inclusive,

           Defendants.

------------------------------------------------------------------ X

Civil Action No. 1:25-cv-10574-ER

**STIPULATED PERMANENT
INJUNCTION**

WHEREAS, the plaintiff in this action is Louis Vuitton Malletier SAS ("Louis Vuitton");
and

WHEREAS, the defendant in this action is Meagan Parker d/b/a Fourever Lane, Fauxever
Lane and Fauxever Style ("Parker"); and

WHEREAS, Louis Vuitton alleges that it is the owner of numerous world-famous and
federally-registered trademarks, including the Louis Vuitton Word Mark (*see, e.g.*, U.S. Reg.
Nos. 1045932, 2909003 and 4530921), the Louis Vuitton Paris Word Mark (*see, e.g.*, U.S. Reg.
No. 2346373), the Damier Design Mark (*see, e.g.*, U.S. Reg. Nos. 2378388, 2421618, 3576404,
6836090, 7045574, 6836091, 7051398 and 7051397), the LV Circle Design Mark (*see, e.g.*, U.S.
Reg. No. 5477535), the Toile Monogram Design Mark (*see, e.g.*, U.S. Reg. Nos. 297594,
1770131, 2399161 and 4192541), the LV Design Mark (*see, e.g.*, U.S. Reg. Nos. 1519828,
1794905, 1938808, 2361695, 2909002 and 4614736), the Flower in a Circle Design Mark (*see,
e.g.*, U.S. Reg. Nos. 2181753, 3023930 and 6952204), the Flower in a Rhombus Design Mark
(*see, e.g.*, U.S. Reg. Nos. 2773107, 3051235 and 6976619), the Flower Design Mark (*see, e.g.*,

U.S. Reg. Nos. 2177828, 3021231 and 6952203), and the S-Lock Design Mark (*see, e.g.,* U.S. Reg. No. 3066114) (collectively, the "Louis Vuitton Trademarks"), copies of the Certificates of Registration issued by the United States Patent and Trademark Office for the Louis Vuitton Trademarks are attached hereto as **Exhibit 1** and incorporated herein by reference; and

WHEREAS, Louis Vuitton further alleges that it is the owner of certain U.S. copyright registrations, including the White Multicolore Monogram Print (*see* U.S. Copyright Reg. No. VA-1-250-120 and U.S. Copyright Supp. Reg. No. VA-1-365-645), and the Black Multicolore Monogram Print (*see* U.S. Copyright Reg. No. VA-1-250-121 and U.S. Copyright Supp. Reg. No. VA-1-365-644) (collectively, the "Louis Vuitton Copyrights"), copies of the Registration Certificates issued by the U.S. Copyright Office for the Louis Vuitton Copyrights, along with the corresponding deposit materials, are attached hereto as **Exhibit 2** and incorporated herein by reference; and

WHEREAS, Louis Vuitton further alleges that it is the owner of certain U.S. design patents, including the Multi Pochette Accessories Design Patent (*see* U.S. Pat. Reg. No. D905,960), and the Capucines Design Patent (*see* U.S. Patent Reg. No. D728,224) (collectively, the "Louis Vuitton Design Patents"), copies of the Registration Certificates issued by the United States Patent and Trademark Office for the Louis Vuitton Design Patents are attached hereto as **Exhibit 3** and incorporated herein by reference; and

WHEREAS, on December 19, 2025, Louis Vuitton filed its Complaint in this action alleging that Parker willfully purchased, imported, distributed, supplied, advertised, promoted, offered for sale and/or sold, without authorization or license from Louis Vuitton, products bearing studied imitations of the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and/or

2

the Louis Vuitton Design Patents including those products depicted in the photographs attached hereto as **Exhibit 4** and incorporated herein by reference; and

WHEREAS, Parker denies all wrongdoing and each and every allegation in the Complaint; and

WHEREAS, the Court has jurisdiction over the subject matter of this action and over Louis Vuitton and Parker, and venue in this action being proper in this judicial district; and

WHEREAS, each party has been afforded the opportunity to consult with, and has consulted with, an attorney of its own choice in connection with this action; and

WHEREAS, Louis Vuitton and Parker have consented to the entry of this Stipulated Permanent Injunction in final resolution of the claims asserted between them in this action, as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    Parker and her agents, servants, employees and any persons or entities acting under her direct or indirect control, or in active concert or participation with her and who receive notice of this Stipulated Permanent Injunction, are hereby immediately enjoined and restrained from:

a)   using the Louis Vuitton Trademarks, or any reproduction, counterfeit, copy or colorable imitation of the Louis Vuitton Trademarks, on or in connection with any goods or services;

b)   using any false designation or representation of origin in connection with the offering for sale or sale of goods, or any false description or representation, including words or other symbols, tending falsely to describe or represent Parker's goods as being those of Louis Vuitton, or sponsored by or as being associated with Louis Vuitton, and from offering such

3

goods in commerce;

c)  using any simulation, reproduction, counterfeit, copy, colorable imitation of the Louis Vuitton Trademarks in connection with the promotion, advertisement, display, sale, offer for sale, manufacture, production, importation, circulation or distribution of any products or their packaging;

d)  engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Louis Vuitton's business reputation or dilute the distinctive quality of the Louis Vuitton Trademarks;

e)  making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, imported, distributed, advertised, promoted, offered for sale or sold by Parker are in any manner associated or connected with Louis Vuitton, or that Parker is associated with or connected to Louis Vuitton;

f)  using for any purpose the Louis Vuitton Copyrights, or any design or combination of design elements that are substantially similar to the Louis Vuitton Copyrights;

g)  making, using, importing, exporting, distributing, supplying, selling or offering to sell, or causing to be sold any product embodying the Louis Vuitton Design Patents, or any designs substantially the same as the Louis Vuitton Design Patents;

h)  destroying, altering, removing or otherwise disposing of the unauthorized products or any books or any records which contain any information relating to the manufacture, production, importation, distribution, marketing, promotion, offering for sale and sale of products which infringe the Louis Vuitton Trademarks, the Louis Vuitton Copyrights and/or the

4

Louis Vuitton Design Patent; and

   i) effecting assignments or transfers, forming new entities or associations or utilizing any other devises for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs 2(a) through 2(h).

2. Within ten (10) days following entry of this Stipulated Permanent Injunction, Defendant shall confirm to Louis Vuitton that Defendant has destroyed all advertisements, promotional materials and packaging in its possession or under its control bearing unauthorized copies of the Louis Vuitton Trademarks and/or the Louis Vuitton Copyrights pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118 and Section 503 of the Copyright Act, 17 U.S.C. § 503.

3. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Stipulated Permanent Injunction by way of contempt motion or otherwise.

4. The parties waive any right to appeal this Stipulated Permanent Injunction.

5. The parties agree that each party shall bear its own costs and attorneys' fees associated with this action.

6. Except as otherwise provided in this Stipulated Permanent Injunction, this action shall be deemed dismissed with prejudice.

5

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____

Matthew T. Salzmann
matthew.salzmann@arnoldporter.com
Thomas A. Bird
thomas.bird@arnoldporter.com
250 West 55th Street
New York, New York 10019-9710
T:  (212) 836-8000

*Attorneys for Plaintiff*
*Louis Vuitton Malletier SAS*

MEAGAN PARKER

_____

144 Cardamon Lane
Edgewater, Maryland 21037

*Defendant*

**IT IS SO ORDERED.**

DATED: April 6, 2026

_____

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE